```
 1  CRAFTS LAW FIRM PC
    Angelo A. DuPlantier III, State Bar No. 162992
 2  100 Pacifica, Suite 140
    Irvine, CA 92618
 3  Telephone: (949) 484-7400
    Facsimile: (949) 486-0171
 4  E-Mail: aad@craftslawfirm.com

 5  Attorneys for Defendant
    WELLS FARGO BANK, N.A., on behalf of itself and
 6  as successor by merger with WACHOVIA
    MORTGAGE, FSB, erroneously sued as WACHOVIA
 7  CORPORATION
```

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite140
Irvine, CA 92618

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

| | |
|---|---|
| QU, YAN, an individual; LI, MAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HUANG, MIKE, an individual; ZIPREALTY, INC.; a California Corporation; QUEZADA, MICHAEL, an individual; FEDERAL NATIONAL TITLE COMPANY, INC. aka FEDERAL NATIONAL COMPANY OF CALIFORNIA aka FEDERAL NATIONAL TITLE INSURANCE COMPANY, a California Corporation; WACHOVIA CORPORATION, an unknown business entity; WELLS FARGO BANK, N.A., an unknown business entity; FEDERAL HOME LOAN MORTGAGE CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 4:13-CV-06005-CW <br><br> **FURTHER AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]** <br><br> Judge:   Hon. Claudia Wilken <br><br> New Date: March 20, 2013 <br> Time:     2:00 p.m. <br> Ctrm:     2, 4th Fl. |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that the Court has vacated the date of the above-referenced Motion to Dismiss originally noticed for March 13, 2013. As such, Defendant, WELLS FARGO BANK, N.A., on behalf of itself and as successor by merger with

1 | WACHOVIA MORTGAGE, FSB, erroneously sued as WACHOVIA CORPORATION,
2 | hereby re-notices the Motion to Dismiss for Failure to State a Claim Upon Which Relief
3 | Can Be Granted, pursuant to FRCP 12(b)(6) to **March 20, 2013, at 2:00 p.m., in**
4 | **Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California**.

5 | Dated: February 12, 2014                    CRAFTS LAW FIRM PC

                                                By: _____
                                                Angelo A. DuPlantier III
                                                Attorneys for Defendant
                                                WELLS FARGO BANK, N.A., on
                                                behalf of itself and as successor by
                                                merger with WACHOVIA
                                                MORTGAGE, FSB, erroneously sued
                                                as WACHOVIA CORPORATION

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2725309.1 28154-00206

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Pacifica, Suite 140, Irvine, CA 92618.

On February 12, 2014, I served the within document(s) described as:

- ***FURTHER AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)(6)]***

on the interested parties in this action as stated on the attached mailing list.

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

[ ] (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

Executed on February 12, 2014 at Irvine, California.

_____
ERMINIA OLIVAS
(Type or print name)              (Signature)

2725310.1 28154-00206

1

*QU, Yan, et. al.*
*vs.*
*HUANG, Mike, et. al*
**Case No.: 4:13-CV-06005-CW**

## SERVICE LIST

Arthur J. Liu, Esq.
INTER-PACIFIC LAW GROUP, INC.
324 10th Street, Suite 223
Oakland, CA 94607
Tel. No.: 510.986.1198
Fax No.: 510.986.0889
E-Mail: arthurliuusa@yahoo.com

*Attorneys for Plaintiffs*
*YAN QU and MAN LI*

David C. Scott, Esq.
McCARTHY & HOLTHUS, LLP
1770 4th Avenue
San Diego, CA 92101
Tel. No.: 619.955.1553
Fax No.: 619.685.4811
E-Mail: dscott@mccarthyholthus.com

*Attorneys for Defendant*
*FEDERAL HOME LOAN MORTGAGE CORPORATION*

Ronald C. Specter, Esq.
SPECTER & WILLOUGHBY, LLP
4685 MacArthur Court, Suite 422
Newport Beach, CA 92660
Tel. No.: 949.833.9400
Fax No.: 949.833.9425
E-Mail: rspecter@Specterlaw.com

*Attorneys for Defendants*
*MIKE HUANG and ZIPREALTY, INC.*

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2

2725310.1 28154-00206