1 | CRAFTS LAW FIRM PC
Angelo A. DuPlantier III, State Bar No. 162992
2 | 100 Pacifica, Suite 140
Irvine, CA 92618
3 | Telephone: (949) 484-7400
Facsimile: (949) 486-0171
4 | E-Mail: aad@craftslawfirm.com

5 | Attorneys for Defendant
WELLS FARGO BANK, N.A., on behalf of itself and
6 | as successor by merger with WACHOVIA
MORTGAGE, FSB, erroneously sued as WACHOVIA
7 | CORPORATION

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

10

11 | QU, YAN, an individual; LI, MAN, an individual,

Case No. 4:13-CV-06005-CW

12 | Plaintiffs,

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES**

13 | vs.

14 | HUANG, MIKE, an individual; ZIPREALTY, INC.; a California

Judge: Hon. Claudia Wilken

15 | Corporation; QUEZADA, MICHAEL, an individual; FEDERAL NATIONAL TITLE
16 | COMPANY, INC. aka FEDERAL NATIONAL COMPANY OF
17 | **CALIFORNIA aka FEDERAL NATIONAL** TITLE INSURANCE COMPANY, a
18 | California Corporation; WACHOVIA CORPORATION, an unknown business
19 | entity; WELLS FARGO BANK, N.A., an unknown business entity; FEDERAL
20 | HOME LOAN MORTGAGE CORPORATION, an unknown business
21 | entity; and DOES 1 through 100, inclusive,

22 | Defendants.

23

24 | <u>**STIPULATION**</u>

25

26 | Plaintiffs YAN QU and MAN LI (collectively "Plaintiffs") and Defendants Wells

27 | Fargo Bank, N.A. as successor by merger with WACHOVIA MORTGAGE, FSB ("Wells

28 | Fargo"), MIKE HUANG ("HUANG"), ZIPREALTY, INC ("ZIP") and FEDERAL HOME

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2728930.1 28154-00206

1 LOAN MORTGAGE CORPORATION ("FHLM"), by and through their respective counsel

2 of record, hereby stipulate as follows:

3       WHEREAS on April 24, 2013, Plaintiffs filed the above-referenced action in state

4 court against Defendants HUANG, ZIP, WFB and FHLM as well as former party

5 Defendants MICHAEL QUEZADA and FEDERAL NATIONAL TITLE COMPANY,

6 INC. aka FEDERAL NATIONAL COMPANY OF CALIFORNIA aka FEDERAL

7 NATIONAL TITLE INSURANCE COMPANY alleging causes of action for: (1)

8 Negligence; (2) Negligent Infliction of Emotional Distress; (3) Breach of Contract; and (4)

9 Misrepresentation;

10       WHEREAS following Demurrers by certain of the Defendants, on December 13,

11 2013, Plaintiffs filed a Second Amended Complaint in state court;

12       WHEREAS on December 31, 2013, FHLM removed the action to federal court;

13       WHEREAS on January 2, 2014, this lawsuit was assigned to Magistrate Judge

14 Maria-Elena James;

15       WHEREAS on January 2, 2014, Magistrate Judge James issued a Notice of Initial

16 Case Management Conference for April 3, 2014 at 10:00 a.m.;

17       WHEREAS on January 17, 2014, Wells Fargo filed a Motion to Dismiss scheduled

18 for hearing on February 27, 2014;

19       WHEREAS on January 27, 2014, FHLM declined to proceed before Magistrate

20 Judge James;

21       WHEREAS on January 28, 2014, this matter was reassigned to Judge Hon. Charles

22 R. Breyer;

23       WHEREAS on January 30, 2014, Judge Breyer issued an Order of Recusal;

24       WHEREAS on January 31, 2014, this matter was reassigned to Judge Hon. Claudia

25 Wilken;

26       WHEREAS on February 5, 2014 Judge Wilken re-scheduled the Initial Case

27 Management Conference for April 2, 2014 at 2:00 p.m.;

28

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2

1   WHEREAS on February 10, 2014, FHLM filed a Motion to Dismiss scheduled for
2   hearing on March 13, 2014;

3   WHEREAS the Court continued the hearings of Wells Fargo's and FHLM's
4   Motions to Dismiss until March 20, 2014;

5   WHEREAS on March 20, 2014, the Court on its own motion took Wells Fargo's and
6   FHLM's Motions to Dismiss under submission on the papers and vacated the hearing of
7   March 20, 2014;

8   WHEREAS the Court has not yet ruled on Wells Fargo's and FHLM's Motions to
9   Dismiss;

10   WHEREAS on March 24, 2014, counsel Plaintiffs and Defendants met and
11   conferred and agreed that it is premature to hold a Case Management Conference on April
12   2, 2014, in light of Wells Fargo's and FHLM's pending Motions to Dismiss and possible
13   leave to amend being granted by the Court;

14   WHEREAS the parties agree that the Case Management Conference should be
15   continued to allow time for the lawsuit to become at issue and, thus, allow the parties to
16   meaningfully and productively confer regarding further proceedings, including, the setting
17   of discovery, pre-trial, and trail deadlines and dates;

18   WHEREAS for the same reasons, the parties also wish to continue the last day to
19   complete initial disclosures or state objections to such in a Federal Rule of Civil Procedure
20   Rule 26(f) ("Rule 26") Report, to file and serve a Case Management Statement, to file and
21   serve a Rule 26 Report, to file and serve an ADR Certification, and to file and serve a
22   Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

23   WHEREAS no prior continuances have been requested nor granted with respect to
24   the Case Management Conference.

25   NOW THEREFORE, the parties hereby stipulate and agree, and request the Court to
26   order, as follows:

27   1.   The Case Management Conference presently scheduled for April 2, 2014 be
28   continued to July 16, 2014.

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2728930.1 28154-00206

1    2.    No later than July 2, 2014, the parties shall: (1) meet and confer regarding

2    Rule 26 initial disclosures, early settlement, ADR process selection and a discovery plan;

3    (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-

4    5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone

5    Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

6    3.    No later than July 9, 2014, the parties shall file the Rule 26 Report, complete

7    initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management

8    Statement.

9    **AGREED TO AND ACCEPTED BY:**

10   Dated: March 25, 2014          CRAFTS LAW FIRM PC

11

12                                 By: _____

13                                 Angelo A. DuPlantier III
                                   Attorneys for Defendant
14                                 WELLS FARGO BANK, N.A., on
                                   behalf of itself and as successor by
15                                 merger with WACHOVIA
                                   MORTGAGE, FSB, erroneously sued
16                                 as WACHOVIA CORPORATION

17   Dated: March   , 2014          INTER-PACIFIC LAW GROUP, INC.

18

19                                 By: _____

20                                 Arthur J. Liu
                                   Attorneys for Plaintiffs
21                                 YAN QU and MAN LI

22   Dated: March   , 2014          McCARTHY & HOLTHUS, LLP

23

24                                 By: _____

25                                 David C. Scott
                                   Attorneys for Defendant
26                                 FEDERAL HOME LOAN
                                   MORTGAGE

27                        [Signatures continue onto page 4]

28

4

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2728930.1 28154-00206

1     2.     No later than July 2, 2014, the parties shall: (1) meet and confer regarding

2  Rule 26 initial disclosures, early settlement, ADR process selection and a discovery plan;

3  (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-

4  5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone

5  Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

6     3.     No later than July 9, 2014, the parties shall file the Rule 26 Report, complete

7  initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management

8  Statement.

9     **AGREED TO AND ACCEPTED BY:**

10  Dated: March _____, 2014         CRAFTS LAW FIRM PC

11

12                               By: _____

13                               Angelo A. DuPlantier III
Attorneys for Defendant

14                               WELLS FARGO BANK, N.A., on
behalf of itself and as successor by

15                               merger with WACHOVIA
MORTGAGE, FSB, erroneously sued

16                               as WACHOVIA CORPORATION

17  Dated: March 25 2014           INTER-PACIFIC LAW GROUP, INC.

18

19                               By: _____

20                               Arthur J. Liu
Attorneys for Plaintiffs

21                               YAN QU and MAN LI

22  Dated: March   , 2014         McCARTHY & HOLTHUS, LLP

23

24                               By: _____

25                               David C. Scott
Attorneys for Defendant

26                               FEDERAL HOME LOAN
MORTGAGE

27                [Signatures continue onto page 4]

28

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite140
Irvine, CA 92618

4

1    2.    No later than July 2, 2014, the parties shall: (1) meet and confer regarding

2    Rule 26 initial disclosures, early settlement, ADR process selection and a discovery plan;

3    (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-

4    5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone

5    Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

6    3.    No later than July 9, 2014, the parties shall file the Rule 26 Report, complete

7    initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management

8    Statement.

9    **AGREED TO AND ACCEPTED BY:**

10   Dated: March _____, 2014                    CRAFTS LAW FIRM PC

11

12                                                 By: _____

13                                                 Angelo A. DuPlantier III
                                                   Attorneys for Defendant
14                                                 WELLS FARGO BANK, N.A., on
                                                   behalf of itself and as successor by
15                                                 merger with WACHOVIA
                                                   MORTGAGE, FSB, erroneously sued
16                                                 as WACHOVIA CORPORATION

17   Dated: March    , 2014                        INTER-PACIFIC LAW GROUP, INC.

18

19                                                 By: _____

20                                                 Arthur J. Liu
                                                   Attorneys for Plaintiffs
21                                                 YAN QU and MAN LI

22   Dated: March 25, 2014                         McCARTHY & HOLTHUS, LLP

23

24                                                 By: _____

25                                                 David C. Scott
                                                   Attorneys for Defendant
26                                                 FEDERAL HOME LOAN
                                                   MORTGAGE

27                             [Signatures continue onto page 4]

28

4

2728930.1 28154-00206

1 | Dated: March   , 2014                    SPECTER & WILLOUGHBY, LLP

2

3                                           By: _____

4                                               Mark A. Rodriguez
                                                Attorneys for Defendants
5                                               MIKE HUANG and ZIPREALTY, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite140
Irvine, CA 92618

5

2728930.1 28154-00206

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite140
Irvine, CA 92618

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Good cause appearing, it is so ordered as follows:

1.      No later than July 2, 2014, the parties shall: (1) meet and confer regarding Rule 26 initial disclosures, early settlement, ADR process selection and a discovery plan; (2) file an ADR Certification signed by the parties and counsel pursuant to A.D.R. L.R.3-5(b); and (3) file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to A.D.R. L.R. 3-5(b) & (c).

2.      No later than July 9, 2014, the parties shall file the Rule 26 Report, complete initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management Statement.

3.      The Case Management Conference currently scheduled for April 2, 2014 is continued to July 16, 2014 at 2:00 p.m.

**IT IS SO ORDERED**, except that the case management conference will be held on July 23, 2014, at 2:00 p.m.  The case management statement will be due 7/16/2014.

Dated:  _____3/26/2014_____          _____

Hon. Claudia Wilken
Judge, United States District Court

6

2728930.1 28154-00206

**CRAFTS LAW FIRM, P.C.**
**100 Pacifica, Suite 140**
**Irvine, CA 92618**

1  **<u>PROOF OF SERVICE</u>**

2

3      I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 100 Pacifica,  Suite 140, Irvine, CA 92618.

4

5      On March 25, 2014, I served the within document(s) described as:

6   • ***STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES AND [PROPOSED] ORDER***

7      on the interested parties in this action as stated on the attached mailing list.

8  ☐  (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list.  I placed each such envelope for
9      collection and mailing following ordinary business practices.  I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing.  Under that
10     practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California, in the ordinary
11     course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of
12     deposit for mailing in affidavit.

13 ☐  (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized
14     by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier,
15     addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

16 ☒  (BY E-MAIL) By transmitting a true copy of the foregoing document(s) to the e-mail
17     addresses set forth on the attached mailing list, V*ia NEF*.

18     I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the Unites States that the
19     foregoing is true and correct.

20     Executed on March 25, 2014,  at Irvine, California.

21

22     _____          _____
       ERMINIA OLIVAS                              (Signature)
       (Type or print name)

23

24

25

26

27

28

1

2729169.1 28154-00206

*QU, Yan, et. al.*
*vs.*
*HUANG, Mike, et. al*
**Case No.: 4:13-CV-06005-CW**

<u>**SERVICE LIST**</u>

Arthur J. Liu, Esq.
INTER-PACIFIC LAW GROUP, INC.
324 10th Street, Suite 223
Oakland, CA 94607
Tel. No.: 510.986.1198
Fax No.: 510.986.0889
E-Mail: arthurliuusa@yahoo.com

*Attorneys for Plaintiffs*
*YAN QU and MAN LI*
*(Via NEF)*

David C. Scott, Esq.
McCARTHY & HOLTHUS, LLP
1770 4th Avenue
San Diego, CA 92101
Tel. No.: 619.955.1553
Fax No.: 619.685.4811
E-Mail: dscott@mccarthyholthus.com

*Attorneys for Defendant*
*FEDERAL HOME LOAN MORTGAGE*
*CORPORATION*
*(Via NEF)*

Ronald C. Specter, Esq.
SPECTER & WILLOUGHBY, LLP
4685 MacArthur Court, Suite 422
Newport Beach, CA 92660
Tel. No.: 949.833.9400
Fax No.: 949.833.9425
E-Mail: rspecter@Specterlaw.com

*Attorneys for Defendants*
*MIKE HUANG and ZIPREALTY, INC.*
*(Via NEF)*

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite140
Irvine, CA 92618

2

2729169.1 28154-00206