IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN QU and MAN LI,<br><br>    Plaintiffs,<br><br>  v.<br><br>MIKE HUANG, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-6005 CW<br><br>ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference.  Plaintiffs' and Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than October 3, 2014.

Plaintiffs' and Defendants' counsel shall be prepared to discuss the following subjects:

    (1)  Identification and description of claims and alleged defects in sale documents.

    (2)  Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiffs shall review relevant sale documents and investigate the claims to determine whether they have merit.

1
2          The ADR Unit will notify the parties of the date and time
3  the telephone conference will be held.  After the telephone
4  conference, the ADR Unit will advise the Court of its
5  recommendation for further ADR proceedings.
           IT IS SO ORDERED.
6
7
   Dated:  9/19/2014                    _____
8                                       CLAUDIA WILKEN
                                        United States District Judge
9