ARTHUR J. LIU (SBN196874)
INTER-PACIFIC LAW GROUP INC.
324 10th Street, Suite 223
Oakland, CA 94607
Tel: (510) 986 1198
Fax: (510) 986 0889

email: arthurliuusa@yahoo.com
Attorneys for Plaintiffs
Yan Qu and Man Li

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QU, Yan, an individual,<br>LI, Man, an individual,<br><br>          Plaintiffs,<br><br>  vs.<br><br>HUANG, Mike, et al,<br><br>          Defendants | Case No.: 4:13-cv-06005-CW<br><br>STIPULATION AND ORDER<br><br>Dept:   Courtroom 2<br>Judge:  Hon. Claudia Wilken |

    Plaintiffs Yan Qu and Man Li (jointly "Plaintiffs") and Defendants WELLS FARGO BANK, N.A., on behalf of itself and as successor by merger with WACHOVIA MORTGAGE, FSB, ("Wells Fargo"), Defendants Mike Huang and ZipRealty, Inc., (jointly "ZipRealty"), Mason-McDuffie Real Estate, Inc., formally doing business as PRUDENTIAL CALIFORNIA REALTY and John A. Azevedo (jointly "Prudential"), collectively the "Parties," stipulate as follows:

    The parties agree to go to a half day private mediation with the costs of such mediation evenly split among Defendants Wells Fargo, ZipRealty, and Prudential.

    The Plaintiffs' deadline to amend their complaint is extended to fourteen (14) days after the date of the mediation if mediation does not resolve the matter. Defendants' responsive pleading to the amended complaint shall be due within fourteen (14) days after the plaintiffs file their amended complaint.

| | | |
|---|---|---|
| 1 | Dated: October 8, 2014 | INTER-PACIFIC LAW GROUP INC. |
| 2 | | |
| 3 | | _/s/ Arthur J. Liu_ |
| 4 | | ARTHUR J. LIU,<br>Attorney for Plaintiffs Yan Qu and Man Li |
| 5 | Date:   October 8, 2014 | CRAFTS LAW FIRM PC |
| 6 | | |
| 7 | | By:   _s/Angelo Duplantier III_ |
| 8 | | Angelo A. DuPlantier III.<br>Attorney for Defendant Wells Fargo |
| 9 | Date:   October 8, 2014 | PETERSON MARTIN & REYNOLDS, LLP |
| 10 | | |
| 11 | | By:   _s/Jeffery Martin_ |
| 12 | | Jeffery S. Martin,<br>Attorneys for Defendant Prudential |
| 13 | | |
| 14 | Date:   October 8, 2014 | SPECTER & WILOUGHBY, LLP |
| 15 | | |
| 16 | | By:   _s/Mark Rodriguez_ |
| 17 | | Mark Anthony Rodriguez,<br>Attorneys for Defendant ZipRealty and Mike Huang |
| 18 | | |
| 19 | ORDER | |
| 20 | IT IS HEREBY SO ORDERED. | |
| 21 | Dated: 10/14/2014 | |
| 22 | | Claudia Wilken<br>United States District Judge |

Page 2 of 2

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Pacifica, Suite 140, Irvine, CA 92618.

On October 9, 2014, I served the within document(s) described as:

- ***STIPULATION AND ORDER***

on the interested parties in this action as stated on the attached mailing list.

[X] (***VIA NEF***) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

Executed on October 9, 2014, at Irvine, California.

ERMINIA OLIVAS
(Type or print name)

(Signature)

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

1

2743876.1 28154-00206

*QU, Yan, et. al.*
*vs.*
*HUANG, Mike, et. al*
**Case No.: 4:13-CV-06005-CW**

## SERVICE LIST

| | |
|---|---|
| Arthur J. Liu, Esq.<br>INTER-PACIFIC LAW GROUP, INC.<br>324 10th Street, Suite 223<br>Oakland, CA 94607<br>Tel. No.: 510.986.1198<br>Fax No.: 510.986.0889<br>E-Mail: arthurliuusa@yahoo.com | *Attorneys for Plaintiffs*<br>*YAN QU and MAN LI* |
| Jeffrey S. Martin, Esq.<br>PETERSON MARTIN & REYNOLDS LLP<br>49 Stevenson Street, Tenth Floor<br>San Francisco, CA 94105<br>Tel No.: (415) 399-2900<br>Fax No: (415) 399-2930<br>E-Mail: jmartin@pmrlegal.com | *Attorneys for Defendant, X-Defs., and Counter Claimant MASON-MCDUFFIE REAL ESTATE, INC. formerly dba PRUDENTIAL CALIFORNIA REALTY* |
| Ronald C. Specter, Esq.<br>Mark Anthony Rodriguez, Esq.<br>SPECTER & WILLOUGHBY, LLP<br>4685 MacArthur Court, Suite 422<br>Newport Beach, CA 92660<br>Tel. No.: 949.833.9400<br>Fax No.: 949.833.9425<br>E-Mail: rspecter@specterlaw.com;<br>markanthony@eathlink.net | *Attorneys for Defendants, Cross-Claimants, X-Defs, and Counter Defendants,*<br>*MIKE HUANG and ZIPREALTY, INC.* |

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite140
Irvine, CA 92618

2743876.1 28154-00206