1  CRAFTS LAW FIRM PC
   Angelo A. DuPlantier III, State Bar No. 162992
2  100 Pacifica, Suite 140
   Irvine, CA 92618
3  Telephone: (949) 484-7400
   Facsimile: (949) 486-0171
4  E-Mail: aad@craftslawfirm.com

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A., on behalf of itself and
6  as successor by merger with WACHOVIA
   MORTGAGE, FSB, erroneously sued as WACHOVIA
7  CORPORATION

8                UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

10

11 | QU, YAN, an individual; LI, MAN, an individual, | Case No. 4:13-CV-06005-CW
12 | | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES**
   | Plaintiffs, |
13 | vs. |
14 | HUANG, MIKE, an individual; ZIPREALTY, INC.; a California Corporation; QUEZADA, MICHAEL, an individual; FEDERAL NATIONAL TITLE COMPANY, INC. aka FEDERAL NATIONAL COMPANY OF CALIFORNIA aka FEDERAL NATIONAL TITLE INSURANCE COMPANY, a California Corporation; WACHOVIA CORPORATION, an unknown business entity; WELLS FARGO BANK, N.A., an unknown business entity; FEDERAL HOME LOAN MORTGAGE CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive, | Judge: Hon. Claudia Wilken
   | Defendants. |

## STIPULATION

Plaintiffs YAN QU and MAN LI (collectively "Plaintiffs") and Defendants Wells Fargo Bank, N.A. as successor by merger with WACHOVIA MORTGAGE, FSB ("Wells Fargo"), MIKE HUANG ("HUANG"), ZIPREALTY, INC ("ZIP"), MASON-MCDUFFIE

REAL ESTATE, INC. FORMALLY DOING BUSINESS AS PRUDENTIAL CALIFORNIA REALTY ("MMRE") and JOHN AZEVEDO ("AZEVEDO"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on April 24, 2013, Plaintiffs filed the above-referenced action in state court against Defendants HUANG, ZIP, WFB and FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLM") as well as former party Defendants MICHAEL QUEZADA and FEDERAL NATIONAL TITLE COMPANY, INC. aka FEDERAL NATIONAL COMPANY OF CALIFORNIA aka FEDERAL NATIONAL TITLE INSURANCE COMPANY alleging causes of action for: (1) Negligence; (2) Negligent Infliction of Emotional Distress; (3) Breach of Contract; and (4) Misrepresentation;

WHEREAS following Demurrers by certain of the Defendants, on December 13, 2013, Plaintiffs filed a Second Amended Complaint in state court and added MMRE and AZEVEDO as parties;

WHEREAS on December 31, 2013, dismissed party FHLM removed the action to federal court;

WHEREAS on January 17, 2014, Wells Fargo filed a Motion to Dismiss scheduled for hearing on February 27, 2014;

WHEREAS on February 10, 2014, FHLM filed a Motion to Dismiss scheduled for hearing on March 13, 2014;

WHEREAS the Court continued the hearings of Wells Fargo's and FHLM's Motions to Dismiss until March 20, 2014;

WHEREAS on March 20, 2014, the Court on its own motion took Wells Fargo's and FHLM's Motions to Dismiss under submission and vacated the hearing of March 20, 2014;

WHEREAS on September 19, 2014, the Court ordered all parties to participate in a telephonic ADR assessment;

WHEREAS on September 25, 2014, the Court granted the Motion to Dismiss of FHLM and partially granted and partially denied the Motion to Dismiss filed by Wells Fargo;

WHEREAS on September 25, 2014, the Court ordered Plaintiffs to file an amended Complaint by October 14, 2014;

WHEREAS on September 25, 2014, the Court reset deadlines and hearing such that a Joint Case Management Statement is due on November 26, 2014 and a Case Management Conference is scheduled for December 3, 2014;

WHEREAS on October 1, 2014 and again on October 6, 2014, the parties remaining in the lawsuit participated in a telephonic ADR assessment with Howard A. Herman, Director of the Court's ADR program;

WHEREAS on October 6, 2014, Howard A. Herman of the Court's ADR program approved of the case to be mediated;

WHEREAS on October 9, 2014, the remaining parties stipulated to mediation and requested that the Court order Plaintiffs amendment to the Complaint, in the event that Plaintiffs so decided to amend, due fourteen (14) days after the completion of the mediation;

WHEREAS on October 14, 2014, the Court Granted the request to refer the lawsuit to mediation and Ordered the Plaintiffs to file an Amended Complaint fourteen (14) days after the completion of mediation;

WHEREAS the remaining parties have agreed to the a mediator and are attempting to schedule a mediation date, but will not be able to complete mediation until January, 2015;

WHEREAS counsel Plaintiffs and the remaining Defendants have met and conferred and agreed that it is premature to hold a Case Management Conference on a December 3, 2014, in light of pending mediation and the lack of an amended Complaint;

3
Stipulation to Continue Case Management
Conference and Initial Disclosures

2746975.1 28154-00206

WHEREAS the parties agree that the Case Management Conference should be continued to allow time for the lawsuit to become at issue and, thus, allow the parties to meaningfully and productively confer regarding further proceedings, including, the setting of discovery, pre-trial, and trail deadlines and dates;

WHEREAS for the same reasons, the parties also wish to continue the last day to complete initial disclosures or state objections to such in a Federal Rule of Civil Procedure Rule 26(f) ("Rule 26") Report, to file and serve a Case Management Statement and to file and serve a Rule 26 Report;

NOW THEREFORE, the parties hereby stipulate and agree, and request the Court to order, as follows:

1. The Case Management Conference presently scheduled for December 3, 2014 be continued to February 3, 2015.

2. No later than January 27, 2015, the parties shall: (1) meet and confer regarding Rule 26 initial disclosures and a discovery plan.

3. No later than January 27, 2015, the parties shall file the Rule 26 Report, complete initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management Statement.

**AGREED TO AND ACCEPTED BY:**

Dated: November 24, 2014

CRAFTS LAW FIRM, PC

By: _____
Angelo A. DuPlantier III
Attorneys for Defendant
WELLS FARGO BANK, N.A., on behalf of itself and as successor by merger with WACHOVIA MORTGAGE, FSB, erroneously sued as WACHOVIA CORPORATION

| | |
|---|---|
| Dated: November 24, 2014 | INTER-PACIFIC LAW GROUP, INC. |
| | By:  / s / |
| | Arthur J. Liu<br>Attorneys for Plaintiffs<br>YAN QU and MAN LI |
| Dated: November 24, 2014 | PETERSON, MARTIN & REYNOLDS, LLP |
| | By: / s /<br>JEFFREY S. MARTIN<br>Attorneys for Defendants<br>MASON-MCDUFFIE REAL ESTATE, INC. formally doing business as PRUDENTIAL CALIFORNIA REALTY and JOHN AZEVEDO |
| Dated: November 24, 2014 | SPECTER & WILLOUGHBY, LLP |
| | By: / s /<br>Mark A. Rodriguez<br>Attorneys for Defendants<br>MIKE HUANG and ZIPREALTY, INC. |

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

[PROPOSED] ORDER

Good cause appearing, it is so ordered as follows:

1. No later than January 27, 2014, the parties shall: (1) meet and confer regarding Rule 26 initial disclosures and a discovery plan.

2. No later than January 27, 2014, the parties shall file the Rule 26 Report, complete initial disclosures, state objections in the Rule 26 Report, and file a Joint Case Management Statement.

3. The Case Management Conference currently scheduled for December 3, 2014 is continued to _____ February 4, 2015 at _____ 2:00 p.m.

IT IS SO ORDERED.

Dated: _____11/25/2014_____          _____
                                     Hon. Claudia Wilken
                                     Judge, United States District Court

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Pacifica, Suite 140, Irvine, CA 92618.

On November 24, 2014, I served the within document(s) described as:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCLOSURES**

on the interested parties in this action as stated on the attached mailing list.

[X]  (**VIA NEF**) By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

Executed on November 24, 2014, at Irvine, California.

ERMINIA OLIVAS
(Type or print name)                                    (Signature)

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2746978.1 28154-00206

1

1
2
3

*QU, Yan, et. al.*
vs.
*HUANG, Mike, et. al*
**Case No.: 4:13-CV-06005-CW**

4

### SERVICE LIST

5  Arthur J. Liu, Esq.
6  INTER-PACIFIC LAW GROUP, INC.
   324 10th Street, Suite 223
   Oakland, CA 94607
7  Tel. No.: 510.986.1198
   Fax No.: 510.986.0889
8  E-Mail: arthurliuusa@yahoo.com

*Attorneys for Plaintiffs*
*YAN QU and MAN LI*

9  Jeffrey S. Martin, Esq.
   PETERSON MARTIN & REYNOLDS LLP
10 49 Stevenson Street, Tenth Floor
   San Francisco, CA 94105
11 Tel No.: (415) 399-2900
   Fax No: (415) 399-2930
12 E-Mail: jmartin@pmrlegal.com

*Attorneys for Defendant, X-Defs., and Counter Claimant MASON-MCDUFFIE REAL ESTATE, INC. formerly dba PRUDENTIAL CALIFORNIA REALTY*

13 Ronald C. Specter, Esq.
   Mark Anthony Rodriguez, Esq.
14 SPECTER & WILLOUGHBY, LLP
   4685 MacArthur Court, Suite 422
15 Newport Beach, CA 92660
   Tel. No.: 949.833.9400
16 Fax No.: 949.833.9425
   E-Mail: rspecter@specterlaw.com;
17 markanthony@eathlink.net

*Attorneys for Defendants, Cross-Claimants, X-Defs, and Counter Defendants, MIKE HUANG and ZIPREALTY, INC.*

18
19
20
21
22
23
24
25
26
27
28

CRAFTS LAW FIRM, P.C.
100 Pacifica, Suite 140
Irvine, CA 92618

2746978.1 28154-00206