Eric P. Early, State Bar Number 166275
  eearly@earlysullivan.com
Kevin S. Sinclair, State Bar Number 254069
  ksinclair@earlysullivan.com
Mark C. Humphrey, State Bar Number 291718
  mhumphrey@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendant
FIDELITY NATIONAL TITLE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| QU, Yan, an individual, LI, Man, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HUANG, Michael, an individual, ZIPREALTY, INC., a California corporation, MASON MC-DUFFIE REAL ESTATE, INC., formally doing business as Prudential California Realty, an unknown business entity, JOHN A. AZEVEDO, an individual, WELLS FARGO BANK, N.A., FIDELITY NATIONAL TITLE COMPANY, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:13-CV-06005-CW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[Honorable Claudia Wilken] |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY
2  STIPULATED by and between Plaintiffs Yan Qu and Man Li ("Plaintiffs") and Defendant
3  Fidelity National Title Company ("Fidelity"), by and through their undersigned counsel, that each
4  of Plaintiffs' causes of action against Fidelity shall be dismissed with prejudice.
5  IT IS FURTHER STIPULATED that the parties each shall bear their own attorney's fees
6  and costs incurred in this action.
7  IT IS HEREBY SO AGREED.

8  Dated: February 9, 2015      EARLY SULLIVAN WRIGHT
9                               GIZER & McRAE LLP
10
11                               By: _____
                                     KEVIN S. SINCLAIR
12                                   Attorneys for Defendant
                                     FIDELITY NATIONAL TITLE COMPANY
13

14  Dated: February 9, 2015      INTER-PACIFIC LAW GROUP, INC.
15
16                               By: _____
                                     ARTHUR J. LIU
17                                   Attorneys for Plaintiffs
                                     YAN QU AND MAN LI
18

19  PURSUANT TO STIPULATION, **IT IS SO ORDERED.**
20
21
22  DATED: _____2/11/2015_____    _____
                                   HON. CLAUDIA WILKEN
23                                 UNITED STATES DISTRICT JUDGE
24
25
26
27
28



1
STIPULATION FOR DISMISSAL